# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Garland Grooms,<br><br>Plaintiff,<br><br>v.<br><br>Tritium Card Services, Inc.,<br><br>Defendant. | Case No. 4:09-cv-397<br><br><br>**NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action without prejudice pursuant to Fed. R. 41(a)(1)(A)(i). This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

```
MOTION:
Granted    ✓
Denied    ____
Overruled ____
Date _____
  [signature] 5/11/5
```

RESPECTFULLY SUBMITTED,

By: /s/ Timothy J. Sostrin
    Timothy J. Sostrin, Reg. # 1592956
    LEGAL HELPERS, P.C.
    233 S. Wacker
    Sears Tower, Suite 5150
    Chicago, IL 60606
    Telephone: 312-753-7576
    Fax: 312-822-1064
    Email: tjs@legalhelpers.com
    Attorneys for Plaintiffs